# UNITED STATES DISTRICT COURT
for the

____Western____ District of ____Virginia____

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 2 7 2008

JOHN F. CORCORAN, CLERK
BY: _____
       DEPUTY CLERK

United States of America )
v. )
Marvin Lewis Carter )
) Case No: 4:95CR70125-001
) USM No: 06129-084
Date of Previous Judgment: __May 8, 1996__ )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____262____ months **is reduced to** ____210 months____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: ____36____        Amended Offense Level: ____34____
Criminal History Category: ____IV____      Criminal History Category: ____IV____
Previous Guideline Range: __262__ to __327__ months    Amended Guideline Range: __210__ to __262__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated ____5/8/1996____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  3-27-08

Effective Date: ~~3/3/08~~ 4-7-08
(if different from order date)

Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title